| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 1 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

 v.

ANTOINE DOUGLASS JOHNSON,

    Defendant - Appellant.

No. 25-25

D.C. No. 3:09-cr-05703-DGE-1
Western District of Washington, Tacoma

ORDER

Before:     WALLACE, GRABER, and BUMATAY, Circuit Judges.

The request (Docket Entry No. 7) for a refund of filing fees following the dismissal of this appeal as duplicative of Appeal No. 24-4435 is granted.

We direct the clerk of the district court to return fees that it collected on this court's behalf for this appeal.